**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **LESLIE JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 1:22-cv-00024** |
| | ) | |
| **CENTURION, et al.** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE NEWBERN** |
| **Defendants.** | ) | |

**ORDER**

Pending before the Court is a Report and Recommendation from the Magistrate Judge recommending the Court dismiss Plaintiff Leslie Jones' Eighth Amendment claim against Defendant Todd Staples under Federal Rule of Civil Procedure 41(b) for Jones' failure to prosecute. (Doc. No. 45).

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 45 at 7). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 45) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Plaintiff's claim against Defendant Todd Staples is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b). Staples' Motion to Dismiss (Doc. No. 27) is **MOOT**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE