> The Motion is GRANTED. These Defendants will be deemed to have joined the motion to dismiss filed by the other Defendants at Doc. No. 59.
> IT IS SO ORDERED.    *Eli Richardson*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| LESLIE JONES, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Case No. 1:22-cv-00024 Jury of Twelve Demanded |
| CENTURION, ET AL., | ) ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE NEWBERN |
| Defendants. | ) | |

### DEFENDANTS MARK FOWLER, M.D., CORTEZ TUCKER, M.D., AND KEVIN REA'S MOTION TO JOIN DEFENDANTS FRANK STRADA, JEREMEY COTHAM, AND JASON CLENDENION'S MOTION TO DISMISS AND/OR FILE AN AMENDED MOTION TO DISMISS

COME NOW, Defendants Mark Fowler, M.D., Cortez Tucker, M.D., and Kevin Rea (collectively hereinafter "these Defendants"), by and through counsel, and hereby respectfully request to join Defendants Frank Strada, Jeremey Cotham, and Jason Clendenion's Motion to Dismiss [Docs. 59-60] and/or file an Amended Motion to Dismiss. In further support of this Motion, these Defendants adopt, incorporate, and rely upon their contemporaneously filed Memorandum of Law, and would further show the Court as follows:

1. Defendants Frank Strada, Jeremey Cotham, and Jason Clendenion filed a Motion to Dismiss with accompanying Memorandum of Law on April 10, 2024, on the basis that the Plaintiff is no longer housed at Turney Center Industrial Complex ("TCIX") thus rendering the relief sought in the Complaint, a transfer from TCIX, moot, and subject to dismissal under Rule 12(b)(1) of the Federal Rules of Civil Procedure. [Docs. 59-60].